IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC PEKNEY, | |
| Plaintiff, | 4:20CV3010 |
| vs. | |
| THE FORT, INC., | ORDER |
| Defendant. | |

The court must decide if it should retain supplemental jurisdiction over Plaintiff's Amended Complaint. This issue was not previously briefed by the parties.

Accordingly,

IT IS ORDERED that as to the issue of supplemental jurisdiction,

1) Plaintiff's brief is due on or before March 20, 2020;

2) Defendant's brief is due on or before April 1, 2020.

3) No reply shall be filed absent leave of the court for good cause shown.

Dated this 11th day of March, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge